FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 JUN 27 PM 12: 17
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANAISSA B. GERWALD, )
)
    Petitioner, )
)
v. ) CASE NO. CV413-152
)          CR411-249
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's successive § 2255 motion is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA