IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANASSIA B. GERWALD, )
)
    Petitioner, )
)
v. )   CASE NOS. CV413-152
)             CR411-249
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is Petitioner's Motion to Reconsider (Doc. 10.) Upon careful review of the record, the Court finds no reason to disturb its prior ruling. As a result, Petitioner's Motion is DENIED. This case remains closed.

SO ORDERED this 19th day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA