IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANASSIA B. GERWALD,  )
                     )
    Petitioner,       )
                     )
v.                    )   CASE NOS. CV413-152
                     )             CR411-249
UNITED STATES OF AMERICA, )
                     )
    Respondent.       )
_____ )

## O R D E R

Before the Court is Petitioner's Motion to Dismiss and Motion for Entry of Default. (Doc. 11; Doc. 12.) On June 27, 2014, the Court adopted (Doc. 8) the Magistrate Judge's Report and Recommendation (Doc. 4) dismissing Petitioner's 28 U.S.C. § 2255 motion as successive. Because this case is closed, Petitioner's motions are **DISMISSED AS MOOT**.

SO ORDERED this **1ST** day of August 2017.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA